IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| KENNEDY MINNIFIELD, #130651, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CASE NO. 2:14-cv-364-WHA |
| | ) | |
| WARDEN HICK, et al., | ) | (WO) |
| | ) | |
| Respondents. | ) | |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents, and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 4th day of November, 2014.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE